1  FISHER & PHILLIPS LLP
   MARK J. RICCIARDI, ESQ.
2  Nevada Bar No. 3141
   JOHN M. ORR, ESQ.
3  Nevada Bar No. 14251
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, Nevada 89101
   Telephone: (702) 252-3131
6  E-Mail Address: mricciardi@fisherphillips.com
   E-Mail Address: jorr@fisherphillips.com
7  *Attorneys for Defendant*

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, | Case No: 2:23-cv-01494-MMD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| CAR SPA (TH) HOLDING, L.L.C., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that Defendant CAR SPA (TH) HOLDING, L.L.C. ("Defendant") will have an extension of time, up to and including December 7, 2023, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

///

///

///

///

///

///

///

///

- 1 -

FP 48795284.1

| DATED this 20th day of November, 2023 | DATED this 20th day of November, 2023 |
|---|---|
| DAVID J. MARTIN PLLC. | FISHER & PHILLIPS LLP |
| By: *David J. Martin, Esq.*<br>DAVID J. MARTIN, ESQ.<br>304 S. Jones Boulevard, Suite 4461<br>Las Vegas, Nevada 89017<br><br>*Attorneys for Plaintiff* | By: *John M. Orr, Esq.*<br>MARK J. RICCIARDI, ESQ.<br>JOHN M. ORR, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: November 28, 2023

_____
UNITED STATES MAGISTRATE JUDGE